PETER D. KEISLER
Assistant Attorney General
SCOTT N. SCHOOLS
Acting United States Attorney
R. MICHAEL UNDERHILL
Attorney in Charge, West Coast Office
Torts Branch, Civil Division
U.S. Department of Justice
7-5395 Federal Bldg., Box 36028
450 Golden Gate Avenue
San Francisco, California 94102-3463
Telephone: (415) 436-6648
mike.underhill@usdoj.gov

ELLEN M. MAHAN
Deputy Section Chief
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice

STEVE O'ROURKE
Senior Attorney
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044
(202) 514-2779
steve.o'rourke@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARITIME LOGISTICS, INC., ALAN CARPENTER and TRACY RAGSDALE CARPENTER, *in personam*, and M/V MICHAEL UHL, her engines, apparel, electronics, tackle, aircraft, boats, appurtenances, *etc.*, *in rem*,<br><br>Defendants. | Civil No. C 07 5172 JSW<br><br>IN ADMIRALTY<br><br>**NOTICE OF LODGING OF CONSENT DECREE** |

NOTICE OF LODGING OF CONSENT DECREE – No. C 07 5172 JWS                    1

# NOTICE OF LODGING OF CONSENT DECREE

The United States of America hereby notifies the Court that concurrently with this notice, the United States is lodging a proposed Consent Decree as an attachment to this Notice. The proposed Consent Decree has been fully signed by the parties. If it is entered by the Court, the Consent Decree will resolve the claims brought in the complaint filed in this action.

Pursuant to the terms of Paragraph 25 of the Consent Decree and Department of Justice policy, the Consent Decree will be available for public comment for a period of not less than thirty days from the date on which the *Federal Register* publishes notification of its lodging. After the close of the public comment period, the Plaintiff will either file a motion requesting the Court to enter the Consent Decree, or the Plaintiff will inform the Court that they are exercising their right under Paragraph 25 of the Consent Decree to withdraw its approval of the Consent Decree.

Plaintiff United States therefore respectfully requests that the Court receive the proposed Decree for lodging only, and that it abstain from acting upon the same until the period for public comment has expired and the Plaintiff has moved for entry of the proposed Consent Decree.

Date: October 11, 2007.

PETER D. KEISLER  
Assistant Attorney General  
SCOTT N. SCHOOLS  
Acting United States Attorney

/s/ R. Michael Underhill  
R. MICHAEL UNDERHILL  
Attorney In Charge, West Coast Office  
Torts Branch, Civil Division  
U.S. Department of Justice

ELLEN M. MAHAN  
Deputy Section Chief  
Environmental Enforcement Section  
Acting Assistant Attorney General  
Environment and Natural Resources Division  
U.S. Department of Justice

STEVEN O'ROURKE  
Senior Attorney, Environmental Enforcement Section  
Environment and Natural Resources Division  
U.S. Department of Justice

Attorneys for Plaintiff United States of America