1  PETER D. KEISLER
   Assistant Attorney General
2  SCOTT N. SCHOOLS
   Acting United States Attorney
3  R. MICHAEL UNDERHILL
   Attorney in Charge, West Coast Office
4  Torts Branch, Civil Division
   U.S. Department of Justice
5  7-5395 Federal Bldg., Box 36028
   450 Golden Gate Avenue
6  San Francisco, California 94102-3463
   Telephone: (415) 436-6648
7  mike.underhill@usdoj.gov

8  ELLEN M. MAHAN
   Deputy Section Chief
9  Environmental Enforcement Section
   Environment and Natural Resources Division
10 U.S. Department of Justice

11 STEVE O'ROURKE
   Senior Attorney
12 Environmental Enforcement Section
   Environment and Natural Resources Division
13 U.S. Department of Justice
   P.O. Box 7611
14 Washington, D.C. 20044
   (202) 514-2779
15 steve.o'rourke@usdoj.gov

16 Attorneys for Plaintiff
   United States of America

17

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MARITIME LOGISTICS, INC., ALAN CARPENTER and TRACY RAGSDALE CARPENTER, *in personam*, and M/V MICHAEL UHL, her engines, apparel, electronics, tackle, aircraft, boats, appurtenances, *etc.*, *in rem*,<br><br>    Defendants. | Civil No. C 07 5172 JSW<br><br>IN ADMIRALTY<br><br><u>CERTIFICATE OF SERVICE</u> |

CERTIFICATE OF SERVICE – No. C 07 5172 JWS    1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY I am over the age of eighteen and not a party to this action and that on October 10, 2007, I mailed copies of the (1) (Proposed) Consent Decree, (2) Notice of Lodging of Consent Decree, (3) Order Setting Initial Case Management Conference, etc., (4) Civil Cover Sheet, (5) Notice of Availability of Magistrate Judge to Exercise Jurisdiction, (6) "Welcome to the U.S. District Court, ..." Handout, (7) ECF Registration Information Handout, and (8) the Summonses for defendants Tracy Ragsdale Carpenter, Alan Carpenter, and Maritime Logistics, Inc., by first class mail, postage prepaid, to the following:

JOSEPH A. WALSH II
Keesal, Young & Logan
400 Oceangate
P.O. Box 1730
Long Beach, CA 90801-1730
Tel: 562-436-2000
Fax: 436-7416
joe.walsh@kyl.com

MARILYN RAIA
Bullivant Houser Bailey, PC
601 California St, Fl 18
San Francisco CA 94108-2823
Tel: 415-352-2700
Fax: 415-352-2701
marilyn.raia@bullivant.com

Attorneys for Defendants
MARITIME LOGISTICS, INC., *in personam*,
and M/V MICHAEL UHL, *in rem*

ALAN NAKAZAWA
Cogswell Nakazawa & Chang
444 Ocean Blvd., Suite 1250
Long Beach, CA 90802-4449
Tel: 562-951-8668
Fax: 562-951-3933
alan.nakazawa@cnc-law.com

ROBERT J. WOLFE
Engstrom, Lipscomb & Lack
10100 Santa Monica Blvd., 16th Floor
Los Angeles, CA 90067
Tel: 310-552-3800
Fax: 310-552-9434
bwolfe@elllaw.com

Attorneys for Defendants ALAN CARPENTER and TRACY RAGSDALE CARPENTER, *in personam*

/s/ Bonnie Li
―――――――――――――――――
BONNIE LI

CERTIFICATE OF SERVICE – No. C 07 5172 JWS                                    2