```
 1  PETER D. KEISLER
    Assistant Attorney General
 2  SCOTT N. SCHOOLS
    Acting United States Attorney
 3  R. MICHAEL UNDERHILL
    Attorney in Charge, West Coast Office
 4  Torts Branch, Civil Division
    U.S. Department of Justice
 5  7-5395 Federal Bldg., Box 36028
    450 Golden Gate Avenue
 6  San Francisco, California  94102-3463
    Telephone: (415) 436-6648
 7  mike.underhill@usdoj.gov

 8  ELLEN M. MAHAN
    Deputy Section Chief
 9  Environmental Enforcement Section
    Environment and Natural Resources Division
10  U.S. Department of Justice

11  STEVE O'ROURKE
    Senior Attorney
12  Environmental Enforcement Section
    Environment and Natural Resources Division
13  U.S. Department of Justice
    P.O. Box 7611
14  Washington, D.C. 20044
    (202) 514-2779
15  steve.o'rourke@usdoj.gov

16  Attorneys for Plaintiff
    United States of America
17
                    UNITED STATES DISTRICT COURT
18
                   NORTHERN DISTRICT OF CALIFORNIA
19
    UNITED STATES OF AMERICA,        )  Civil No. C 07 5172 JSW
20                                   )
              Plaintiff,             )  IN ADMIRALTY
21                                   )
         v.                          )
22                                   )
    MARITIME LOGISTICS, INC., ALAN)     CERTIFICATE OF SERVICE
23  CARPENTER and TRACY RAGSDALE)
    CARPENTER, in personam, and M/V MICHAEL)
24  UHL, her engines, apparel, electronics, tackle,)
    aircraft, boats, appurtenances, etc., in rem,  )
25                                   )
              Defendants.            )
26  _____)

27

28  CERTIFICATE OF SERVICE – No. C 07 5172 JWS                          1
```

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY I am over the age of eighteen and not a party to this action and that on October 11, 2007, I mailed a copy of the Verified Complaint of the United States by first class mail, postage prepaid, to the following:

JOSEPH A. WALSH II
Keesal, Young & Logan
400 Oceangate
P.O. Box 1730
Long Beach, CA 90801-1730
Tel: 562-436-2000
Fax: 436-7416
joe.walsh@kyl.com

MARILYN RAIA
Bullivant Houser Bailey, PC
601 California St, Fl 18
San Francisco CA 94108-2823
Tel: 415-352-2700
Fax: 415-352-2701
marilyn.raia@bullivant.com

Attorneys for Defendants
MARITIME LOGISTICS, INC., *in personam*, and M/V MICHAEL UHL, *in rem*

ALAN NAKAZAWA
Cogswell Nakazawa & Chang
444 Ocean Blvd., Suite 1250
Long Beach, CA 90802-4449
Tel: 562-951-8668
Fax: 562-951-3933
alan.nakazawa@cnc-law.com

ROBERT J. WOLFE
Engstrom, Lipscomb & Lack
10100 Santa Monica Blvd., 16th Floor
Los Angeles, CA 90067
Tel: 310-552-3800
Fax: 310-552-9434
bwolfe@elllaw.com

Attorneys for Defendants ALAN CARPENTER and TRACY RAGSDALE CARPENTER, *in personam*

_____
BONNIE LI

CERTIFICATE OF SERVICE – No. C 07 5172 JWS                                              2