PETER D. KEISLER
Assistant Attorney General
SCOTT N. SCHOOLS
Acting United States Attorney
R. MICHAEL UNDERHILL
Attorney in Charge, West Coast Office
Torts Branch, Civil Division
U.S. Department of Justice
7-5395 Federal Bldg., Box 36028
450 Golden Gate Avenue
San Francisco, California 94102-3463
Telephone: (415) 436-6648
mike.underhill@usdoj.gov

ELLEN M. MAHAN
Deputy Section Chief
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice

STEVE O'ROURKE
Senior Attorney
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044
(202) 514-2779
steve.o'rourke@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Civil No. C 07 5172 JSW |
| ) | |
| Plaintiff, ) | IN ADMIRALTY |
| ) | |
| v. ) | |
| ) | |
| MARITIME LOGISTICS, INC., ALAN ) | CERTIFICATE OF SERVICE |
| CARPENTER and TRACY RAGSDALE ) | |
| CARPENTER, *in personam*, and M/V MICHAEL ) | |
| UHL, her engines, apparel, electronics, tackle, ) | |
| aircraft, boats, appurtenances, *etc.*, *in rem*, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

CERTIFICATE OF SERVICE – No. C 07 5172 JWS                                                                 1

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY I am over the age of eighteen and not a party to this action and that on November 20, 2007, I mailed copies of the (1) Motion for Entry of Consent Judgment and (2) this Certificate of by first class mail, postage prepaid, to the following:

| | |
|---|---|
| JOSEPH A. WALSH II<br>Keesal, Young & Logan<br>400 Oceangate<br>P.O. Box 1730<br>Long Beach, CA 90801-1730<br>Tel: 562-436-2000<br>Fax: 436-7416<br>joe.walsh@kyl.com | ALAN NAKAZAWA<br>Cogswell Nakazawa & Chang<br>444 Ocean Blvd., Suite 1250<br>Long Beach, CA 90802-4449<br>Tel: 562-951-8668<br>Fax: 562-951-3933<br>alan.nakazawa@cnc-law.com |
| MARILYN RAIA<br>Bullivant Houser Bailey, PC<br>601 California St, Fl 18<br>San Francisco CA 94108-2823<br>Tel: 415-352-2700<br>Fax: 415-352-2701<br>marilyn.raia@bullivant.com | ROBERT J. WOLFE<br>Engstrom, Lipscomb & Lack<br>10100 Santa Monica Blvd., 16th Floor<br>Los Angeles, CA 90067<br>Tel: 310-552-3800<br>Fax: 310-552-9434<br>bwolfe@elllaw.com |
| Attorneys for Defendants<br>MARITIME LOGISTICS, INC., *in personam*,<br>and M/V MICHAEL UHL, *in rem* | Attorneys for Defendants ALAN CARPENTER and TRACY RAGSDALE CARPENTER, *in personam* |

    /s/ Bonnie Li
    BONNIE LI

CERTIFICATE OF SERVICE – No. C 07 5172 JWS    2