JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General
SCOTT N. SCHOOLS
Acting United States Attorney
R. MICHAEL UNDERHILL
Attorney in Charge, West Coast Office
Torts Branch, Civil Division
U.S. Department of Justice
7-5395 Federal Bldg., Box 36028
450 Golden Gate Avenue
San Francisco, California  94102-3463
Telephone: (415) 436-6648
mike.underhill@usdoj.gov

ELLEN M. MAHAN
Deputy Section Chief
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice

STEVE O'ROURKE
Senior Attorney
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044
(202) 514-2779
steve.o'rourke@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Civil No. C 07 5172 JSW |
| Plaintiff, | IN ADMIRALTY |
| v. | |
| MARITIME LOGISTICS, INC., ALAN CARPENTER and TRACY RAGSDALE CARPENTER, *in personam*, and M/V MICHAEL UHL, her engines, apparel, electronics, tackle, aircraft, boats, appurtenances, *etc.*, *in rem*, | CERTIFICATE OF SERVICE |
| Defendants. | |

CERTIFICATE OF SERVICE – No. C 07 5172 JWS                                          1

1                      <u>CERTIFICATE OF SERVICE</u>

2     I HEREBY CERTIFY I am over the age of eighteen and not a party to this action and

3 that on November 26, 2007, I mailed copies of the Executed Consent Judgment, entered by

4 the Court on November 26, 2007, by first class mail, postage prepaid, to the following:

5

6 JOSEPH A. WALSH II                 ALAN NAKAZAWA
Keesal, Young & Logan                 Cogswell Nakazawa & Chang
7 400 Oceangate                        444 Ocean Blvd., Suite 1250
P.O. Box 1730                       Long Beach, CA 90802-4449
8 Long Beach, CA 90801-1730          Tel: 562-951-8668
Tel: 562-436-2000                  Fax: 562-951-3933
9 Fax: 436-7416                       alan.nakazawa@cnc-law.com
joe.walsh@kyl.com
10                                        ROBERT J. WOLFE
MARILYN RAIA                     Engstrom, Lipscomb & Lack
11 Bullivant Houser Bailey, PC           10100 Santa Monica Blvd., 16th Floor
601 California St, Fl 18               Los Angeles, CA 90067
12 San Francisco CA 94108-2823        Tel: 310-552-3800
Tel: 415-352-2700                  Fax: 310-552-9434
13 Fax: 415-352-2701                  bwolfe@elllaw.com
marilyn.raia@bullivant.com
14                                          Attorneys for Defendants ALAN
Attorneys for Defendants              CARPENTER and TRACY RAGSDALE
15 MARITIME LOGISTICS, INC., *in personam*,    CARPENTER, *in personam*
and M/V MICHAEL UHL, *in rem*

16

17

18                                                 /s/ Bonnie Li
                                                 BONNIE LI

19

20

21

22

23

24

25

26

27

28 CERTIFICATE OF SERVICE – No. C 07 5172 JWS                                2