JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General
JOSEPH RUSSONIELLO
United States Attorney
R. MICHAEL UNDERHILL (State Bar No. 104986)
Attorney in Charge, West Coast Office
Torts Branch, Civil Division
U.S. Department of Justice
7-5395 Federal Bldg., Box 36028
450 Golden Gate Avenue
San Francisco, California 94102-3463
Telephone: (415) 436-6648, (415) 436-6646
mike.underhill@usdoj.gov

ELLEN M. MAHAN
Deputy Section Chief
STEVE O'ROURKE
Senior Attorney
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044
(202) 514-2779
steve.o'rourke@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Civil No. C 07-5172 JSW |
| Plaintiff, | IN ADMIRALTY |
| v. | |
| MARITIME LOGISTICS, INC., ALAN CARPENTER and TRACY RAGSDALE CARPENTER, *in personam*, and M/V MICHAEL UHL, her engines, apparel, electronics, tackle, boats, appurtenances, *etc.*, *in rem*, | SATISFACTION OF MONETARY OBLIGATIONS OF DEFENDANTS PURSUANT TO FINANCIAL OBLIGATIONS ARISING FROM THE CONSENT DECREE ENTERED BY THE COURT [DOCKET NO. 9] |
| Defendants. | |

SATISFACTION OF MONETARY OBLIGATIONS UNDER CONSENT DECREE – No. C 07-5172 JSW      1

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

A Consent Decree having been entered by the Court on November 26, 2007 [Docket No. 9], wherein defendants MARITIME LOGISTICS, INC., *in personam*, M/V MICHAEL UHL, *in rem,* and ALAN CARPENTER and TRACY RAGSDALE CARPENTER, *in personam,* collectively were ordered, *inter alia*, to pay to the United States of America a total of $1,600,000 (One Million, Six Hundred-Thousand Dollars and Zero Cents), and said monetary obligations having been satisfied and discharged by payment of said amount, receipt of which is hereby acknowledged, you are hereby authorized and directed to enter satisfaction of the monetary amounts required to be paid to the United States by the Consent Decree.

To the extent that the said defendants, or any of them, are subject to any obligations under the Consent Decree other than the foregoing monetary obligation to pay the United States the $1,600,000 hereby acknowledged as having been paid and received, this satisfaction of the defendants' $1,600,000 in financial obligations is not intended to, nor shall it, alter or in any way discharge any of the defendants' other obligations under the Consent Decree, if any there shall be.

Dated: February 12, 2008.

JEFFREY S. BUCHOLTZ  
Acting Assistant Attorney General  
JOSEPH RUSSONIELLO  
United States Attorney  
Northern District of California

/s/ R. Michael Underhill  
R. MICHAEL UNDERHILL (State Bar No. 104986)  
Attorney in Charge, West Coast Office  
Torts Branch, Civil Division  
U.S. Department of Justice

//
//
//
//
//
//
//
//
//

SATISFACTION OF MONETARY OBLIGATIONS UNDER CONSENT DECREE – No. C 07-5172 JSW    2

1  
2  
3  
4  
5  
6  
7  
8  

ELLEN M. MAHAN
Deputy Section Chief
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice
Washington, D.C.
STEVE O'ROURKE
Senior Attorney
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice
Washington, D.C.

Attorneys for the United States

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28 SATISFACTION OF MONETARY OBLIGATIONS UNDER CONSENT DECREE – No. C 07-5172 JSW        3